Patrick Murray, as Administrator, etc., Appellant, *v.* The Troy and West Troy Bridge Company, Respondent.

(Argued January 28, 1883; decided February 6, 1883.)

*Rufus W. Peckham* for appellant.

*Samuel Foster* for respondent.

Agree to affirm. No opinion.

All concur, except DANFORTH and FINCH, JJ., dissenting, and RAPALLO, J., absent.

Judgment affirmed.